DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MCCARTHY GABRIEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-427

[June 2, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case Nos. 502016CF002031AXXXWB, 502017CF007431BXXXMB, 502015CF011236CXXXMB.

McCarthy Gabriel, Live Oak, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***